# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>vs.<br><br>ATLANTIC SPECIALTY INSURANCE COMPANY, | Case No. 20-3065-CV-S-MDH |

__	Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X	Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED:**

Defendant's Motion to Dismiss  (Doc. 7) is DENIED. (Order, Doc. 26)

Philadelphia Indemnity Insurance Company's Motion for Summary Judgment (Doc. 50) is DENIED. Atlantic Specialty Insurance Company's Motion for Summary Judgment (Doc. 54) is GRANTED. Summary judgment is entered in favor of Defendant Atlantic Specialty Insurance Company.  (Order, Doc. 66)

**IT IS SO ORDERED**.


 February 10, 2022                                        	        Paige Wymore-Wynn
Date	Clerk of Court


Entered on: February 8, 2022 	        s/Linda Howard_____
	(By) Deputy Clerk